# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chavonne Vega<br>                             Debtor | CHAPTER 13 |
| M&T Bank<br>                             Movant<br>    vs.<br>Chavonne Vega<br>                             Debtor | NO. 16-11615 REF |
| Frederick L. Reigle Esq.<br>                             Trustee | 11 U.S.C. Section 362 |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

M&T Bank has filed a Motion for Relief from Stay, with the court for Relief from the Automatic Stay of Section 362.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief sought in the motion, then on or before **August 23, 2016,** you or your attorney must do <u>all</u> of the following:
    (a)  file an answer explaining your position at:
    > United States Bankruptcy Court
    > The Madison Building
    > 400 Washington Street, Suite 300
    > Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
    (b)  mail a copy to the movant's attorney:
    > Joshua I. Goldman, Esquire
    > Thomas Puleo, Esquire
    > KML Law Group, P.C.
    > Suite 5000 - BNY Mellon Independence Center
    > 701 Market Street
    > Philadelphia, PA 19106-1532

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling, the United States Bankruptcy Judge, in Courtroom 1 at the United States Bankruptcy Court, The Madison Building, 400 Washington Street, Suite 300, Reading, PA 19601 on **September 1, 2016, at 9:30AM**, or as soon thereafter as counsel can be heard, to consider the motion.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

                              **s/ Joshua I. Goldman, Esquire**
                                Joshua I. Goldman, Esquire
                                Thomas Puleo, Esquire
                                Attorneys for Movant/Applicant
                                Main Phone #: 215-627-1322

August 9, 2016