# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| CHAVONNE VEGA, | : | Case No. 16-11615 REF |
| Debtor, | : | Chapter 13 |

## O R D E R

*AND NOW*, upon consideration of the Initial Application for Compensation and Reimbursement of Expenses requesting fees in the amount of $2,666.00, $665.00 of which was paid pre-petition, and reimbursement expenses in the amount of $0.00, the Application for Compensation and Reimbursement of Expenses is *GRANTED,* and the amount of compensation is *APPROVED*.

**Date: March 21, 2017**

BY THE COURT,

_____
**RICHARD FEHLING,**
**U.S. BANKRUPTCY JUDGE**