United States Bankruptcy Court
Eastern District of Pennsylvania

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 16-11615-ref
Chavonne M. Vega　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4　　　　User: Lisa　　　　　　　　Page 1 of 1　　　　　　　　Date Rcvd: Mar 21, 2017
　　　　　　　　　　　　　　Form ID: pdf900　　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2017.
db　　　　　　　+Chavonne M. Vega,    919 Perry Street,    Reading, PA 19604-2008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
　　　　　DENISE ELIZABETH CARLON    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
　　　　　FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
　　　　　JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Chavonne M. Vega NO1JTB@juno.com
　　　　　JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
　　　　　 bkgroup@kmllawgroup.com
　　　　　LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
　　　　　 ecf_frpa@trustee13.com
　　　　　THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,
　　　　　 bkgroup@kmllawgroup.com
　　　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| CHAVONNE VEGA, | : | Case No. 16-11615 REF |
| Debtor, | : | Chapter 13 |

## O R D E R

*AND NOW*, upon consideration of the Initial Application for Compensation and Reimbursement of Expenses requesting fees in the amount of $2,666.00, $665.00 of which was paid pre-petition, and reimbursement expenses in the amount of $0.00, the Application for Compensation and Reimbursement of Expenses is *GRANTED,* and the amount of compensation is *APPROVED*.

**Date: March 21, 2017**

BY THE COURT,

_____
**RICHARD FEHLING,
U.S. BANKRUPTCY JUDGE**